# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENE J.[1], | No. 1:19-CV-03035-MKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,[2] | **ECF Nos. 14, 18** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18, of the above-captioned matter to the Commissioner for additional administrative

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them only by their first names and the initial of their last names.

[2] Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet. *See* Fed. R. Civ. P. 25(d).

ORDER - 1

proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Ryan Lu represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After consideration, **IT IS HEREBY ORDERED** that:

1. The District Court Executive is directed to substitute Andrew M. Saul as the Defendant and update the docket sheet.

2. The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**.

3. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the parties stipulate that the ALJ will

(1) "Further develop the record and reevaluate the medical opinions, including those from Caryn Jackson, M.D., and Joanna Kass, ARNP";

(2) "Proceed with the sequential evaluation process, including, if needed, obtaining vocational expert testimony"; and

(3) "Offer Plaintiff the opportunity for a new hearing and issue a new decision.":

ECF No. 18 at 2.

4. Judgment shall be entered for **PLAINTIFF**.

5. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

6. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED September 10, 2019.

s/Mary K. Dimke<br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE